IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Locket IP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Nordstrom, Inc.,<br><br>    Defendant. | Civil Action No.<br>6:22-cv-00548-ADA<br><br>JURY TRIAL DEMANDED |

**NOTICE OF EXTENSION OF TIME FOR DEFENDANT NORDSTROM, INC.
TO SERVE PRELIMINARY INVALIDITY CONTENTIONS**

Defendant Nordstrom, Inc. ("Nordstrom") files this Notice of Extension, and respectfully shows as follows:

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines (filed March 7, 2022), the following deadline is hereby extended:

- Nordstrom's deadline serve its Preliminary Invalidity Contentions is **January 13, 2023**.

This extension request is agreed to between the parties; does not change the date of any hearing, trial or other Court date; and does not extend any deadline for a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

1

Dated: December 8, 2022                Respectfully submitted,

                                                       */s/ Steven Callahan*

                                       STEVEN CALLAHAN
                                          Texas State Bar No. 24053122
                                          scallahan@ccrglaw.com
                                      MARTIN C. ROBSON
                                          Texas State Bar No. 24004892
                                          mrobson@ccrglaw.com
                                      CHRISTOPHER T. BOVENKAMP
                                          Texas State Bar No. 24006877
                                          cbovenkamp@ccrglaw.com
                                      C. LUKE NELSON
                                          Texas State Bar No. 24051107
                                          lnelson@ccrglaw.com
                                      **CHARHON CALLAHAN**
                                      **ROBSON & GARZA, PLLC**
                                        3333 Lee Parkway, Suite 460
                                        Dallas, Texas 75219
                                        Telephone: (214) 521-6400
                                        Telecopier: (214) 764-8392

                                        *Counsel for Defendant Nordstrom, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that, on December 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel for Plaintiff:

Raymond W. Mort, III, Esq.
**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
raymort@austinlaw.com

                                                       */s/ Steven Callahan*
                                          STEVEN CALLAHAN