UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LOCKET IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NORDSTROM, INC.,**<br><br>Defendant. | Case No. 6:22-cv-00548-ADA<br><br>JURY TRIAL DEMANDED |

## SCHEDULING ORDER

Pursuant to the Order Governing Proceedings, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Item |
|---|---|
| 6/23/2023 | Plaintiff files Response to Defendant's Motion to Transfer. |
| 7/3/2023 | Parties exchange claim terms for construction. |
| 6/30/2023 | Defendant files Reply to Motion to Transfer |
| 7/17/2023 | Parties exchange claim terms for construction. |

| | |
|---|---|
| 7/24/2023 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.* With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced.<br><br>*Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party. |
| 7/31/2023 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| 8/7/2023 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| 8/28/2023 | Plaintiff files Responsive claim construction brief. |
| 9/11/2023 | Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| 9/11/2023 | Defendant files Reply claim construction brief. |
| 9/25/2023 | Plaintiff files Sur-Reply claim construction brief. |
| 9/28/2023 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| 9/29/2023 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| 10/9/2023 | **Markman Hearing** at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. All deadlines hereafter follow the original *Markman* hearing date and do not change if the Court delays the *Markman* hearing. |
| 10/10/2023 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |

| | |
|---|---|
| 11/20/2023 | Deadline to add parties. |
| 12/4/2023 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 1/29/2024 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| 4/8/2024 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| 5/6/2024 | Close of Fact Discovery. |
| 5/13/2024 | Opening Expert Reports. |
| 6/10/2024 | Rebuttal Expert Reports. |
| 7/1/2024 | Close of Expert Discovery. |
| 7/8/2024 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. |
| 7/15/2024 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 7/29/2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| 8/12/2024 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 8/19/2024 | Serve objections to rebuttal disclosures;  file Motions *in limine*. |
| 8/26/2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine.* |

| | |
|---|---|
| 9/2/2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to file replies to motions *in limine*. |
| 9/9/2024 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 9/13/2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 8/12/2024 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| 9/16/2024 | **Final Pretrial Conference**.<br>Held in person unless otherwise requested. |
| 10/7/2024 | **Jury Selection/Trial**. |

**SIGNED** this 9th day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE